S. C. Lurie, Appellant, v. William H. Watson et al., Appellees.

Gen. No. 43,881.

156

opinion filed January 6, 1947; released for publication January 20, 1947. Aaron Soble, for appellant; Jerome S. Klein, of counsel; Bergstrom, Evans & Nelson, for appellees; Edward H. Nelson, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.